Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TENTH PLACE CONDOMINIUM ASSOCIATION, a Washington Non-Profit Corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL SURETY CORPORATION, an Illinois corporation; THE AMERICAN INSURANCE COMPANY, an Ohio Corporation,<br><br>　　　　　　　　　　Defendants. | No. 2:20-cv-01166 JLR<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT<br><br>**NOTE ON MOTION CALENDAR:**<br>**October 12, 2020** |

## **STIPULATION**

Plaintiff Tenth Place Condominium Association and Defendants National Surety Corporation and The American Insurance Company, by and through their undersigned counsel of record, hereby stipulate as follows:

1.　　The Complaint for Declaratory Relief, Breach of Contract, Bad Faith, Insurance Fair Conduct Act Violations, Consumer Protection Act Violations, and Monetary Damages ("Complaint") was served on or about September 21, 2020, on Defendants National Surety Corporation ("NSC") and The American Insurance Company ("AIC") by serving the Office of the Insurance Commissioner for the State of Washington.

2. Counsel for Plaintiff and Defendants NSC and AIC have conferred and agreed to extend the deadline for Defendants NSC and AIC to respond to the Complaint to October 26, 2020.

3. No party will be prejudiced by the stipulated-to extension of time.

4. This is the first extension of the responsive pleading deadline sought by Defendants NSC and AIC.

5. It is, therefore, STIPULATED AND AGREED, by and between the undersigned attorneys of record for Plaintiff and Defendants in the above-entitled action, that Defendants shall have up to and including October 26, 2020, to respond to the Complaint in this action.

DATED this 12th day of October, 2020.

McNAUL EBEL NAWROT & HELGREN PLLC

By: s/Malaika M. Eaton
    Malaika M. Eaton, WSBA No. 32537

By: s/Curtis C. Isacke
    Curtis C. Isacke, WSBA No. 49303

600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816
meaton@mcnaul.com
cisacke@mcnaul.com

Attorneys for Defendants National Surety Corporation and The American Insurance Company

///

DATED this 12th day of October, 2020.

STEIN, SUDWEEKS & STEIN, PLLC

By:   s/Justin D. Sudweeks
     Jerry H. Stein, WSBA No. 32327
     Justin D. Sudweeks, WSBA No. 28755
     Daniel J. Stein, WSBA No. 48739
     Colin R. Crug, WSBA No. 52743

2701 First Avenue, Suite 430
Seattle, Washington 98121
(206) 388-0660
jstein@condodefects.com
justin@condodefects.com
dstein@condodefects.com
colin@condodefects.com

Attorneys for Plaintiff Tenth Place Condominium Association

///

**ORDER**

This matter having come before the Court on the Stipulation and joint request of the Parties and good cause having been shown, now therefore,

IT IS SO ORDERED that Defendants NSC and AIC shall have up to and including October 26, 2020, to respond to the Complaint in this action.

DATED this 14th day of October, 2020.

_____
The Honorable James L. Robart
United States District Court Judge

Presented by:

McNAUL EBEL NAWROT & HELGREN PLLC

By: s/Malaika M. Eaton
By: s/Curtis C. Isacke
   Malaika M. Eaton, WSBA No. 32537
   Curtis C. Isacke, WSBA No. 49303
   meaton@mcnaul.com
   cisacke@mcnaul.com

Attorneys for Defendants National Surety Corporation and The American Insurance Company

STEIN, SUDWEEKS & STEIN, PLLC

By: s/Justin D. Sudweeks
   Jerry H. Stein, WSBA No. 32327
   Justin D. Sudweeks, WSBA No. 28755
   Daniel J. Stein, WSBA No. 48739
   Colin R. Crug, WSBA No. 52743
   jstein@condodefects.com
   justin@condodefects.com
   dstein@condodefects.com
   colin@condodefects.com

Attorneys for Plaintiff Tenth Place Condominium Association