Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TENTH PLACE CONDOMINIUM ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL SURETY CORPORATION, an Illinois corporation; THE AMERICAN INSURANCE COMPANY, an Ohio Corporation,<br><br>Defendants. | No. 2:20-cv-01166 JLR<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE<br><br>**CLERK'S ACTION REQUIRED** |

## I. STIPULATION

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and a confidential settlement agreement, the above-referenced case should be DISMISSED with

///

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE (No. 2:20-cv-01166) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

prejudice and without an award of costs or fees to either party.

DATED this 14th day of June, 2021.

        McNAUL EBEL NAWROT & HELGREN PLLC

        By: s/Curtis C. Isacke
          Malaika M. Eaton, WSBA No. 32537
          Curtis C. Isacke, WSBA No. 49303

        600 University Street, Suite 2700
        Seattle, Washington 98101-3143
        (206) 467-1816
        meaton@mcnaul.com
        cisacke@mcnaul.com

        Attorneys for Defendants National Surety Corporation and The American Insurance Company

        STEIN, SUDWEEKS & STEIN, PLLC

        By: s/Justin D. Sudweeks
          Justin Sudweeks, WSBA No. 28755
          Daniel Stein, WSBA No. 48739

        2701 First Avenue, Suite 430
        Seattle, Washington 98121
        (206) 388-0660
        justin@condodefects.com
        dstein@condodefects.com

        Attorneys for Plaintiff Tenth Place Condominium Association

///

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (No. 2:20-cv-01166) – Page 2

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

## II. ORDER

The Court having reviewed the foregoing stipulation of the parties, now, therefore, HEREBY ORDERS, ADJUDGES, AND DECREES that the above-referenced case is DISMISSED with prejudice and without an award of attorney fees or costs to either party. The Clerk is directed to send copies of this Order to all counsel of record.

IT IS SO ORDERED.

DATED this 15th day of June, 2021.

_____
Honorable James L. Robart
United States District Court Judge